UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3010 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| SEAN PORTER, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 20th day of August, 2010, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 7, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties

   1. Western digital "my book", model W03200HIV, serial # WCASV1094056, 320 GB USB external hard drive (box and power cord);

   2. (1) Blue-gray IMAC Computer (with power cord), SNXB921GUG5N;

   3. (1) white iBook Laptop W8706620WGL;

   4. (1) black MacBook Laptop;

   5. (1) black Toshiba PSX2600 cable modem with power cord

   6. (1) white Airport extreme wireless router with power cord and internet connection A1143 GF71EFJVZC

    7.    (1) white Apple keyboard;

    8.    (1) Apple Airport express router with power cords and SW

    9.    (1) black a/c/power cord

    10.    (1) black Apple APD a/c power cord;

    11.    (1) Apple USB cord;

    12.    (2) USB Cords;

    13.    (5) CD-R disks, (5) DVD-R disks, (4) Mac OSXV 10.2 install disks;

    14.    (1) black iPhone 87E03ZEZWH8;

    15.    (1) black Western digital external HD (WMANK570979);

    16.    (1) Western digital hard drive (SNWCAV4248611);

    17.    (51) CD's in green plastic basket;

    18.    (15) CD's in grey metro brand case; and

    19.    (15) VHS tapes.

was forfeited to the United States.

    2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site www.forfeiture.gov for at least thirty consecutive days, beginning on June 16, 2010, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed herein on August 16, 2010, 2010 (Filing No.34).

    3. The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

    4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

      A.  The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

      B.  All right, title and interest in and to the above-referenced properties, held by any person or entity, is hereby forever barred and foreclosed.

      C.  The above-referenced properties, be, and the same hereby are, forfeited to the United States of America.

      D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

      DATED this 20th day of August, 2010

BY THE COURT:

*Richard G. Kopf*
United States District Judge